IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: JAMES CALVIN NELSON and CHRISTINA JEANNETTE NELSON,

Case No.: 5:18-bk-70162 B
Chapter 13

## TRUSTEE'S MOTION TO DISMISS

Joyce Bradley Babin, Chapter 13 Standing Trustee, for her Motion to Dismiss, states:

1. An Order was entered on June 27, 2018 requiring the debtor to file a modification to the plan within 90 days.

2. A modified plan has not been filed, and the Debtors have not requested an extension of time within which to make such modification.

WHEREFORE, the Trustee prays for an order dismissing this case, and for all other just, proper, and equitable relief.

/s/  Joyce Bradley Babin
Joyce Bradley Babin
Chapter 13 Standing Trustee

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the Debtors' attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtors and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on October 03, 2018.

/s/  Joyce Bradley Babin
Joyce Bradley Babin

James Calvin Nelson and Christina Jeannette Nelson
1307 Convair St.
Bentonville, AR  72712

tr / 187